No. 5501. BLAKE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 5630. ARZONICA *v.* CASSIDY ET AL. C. A. 3d Cir. Certiorari denied.

No. 5661. MARTIN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 5662. HENDRICKS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 5668. WINBUSH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5670. THOMPSON *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 5672. CARR *v.* SIMPSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 5673. LOUIE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5677. YEE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5679. NEARIS, TRUSTEE *v.* CITY OF GLOUCESTER ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 5680. GILHART *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 5683. SMITH *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 5684. BAITY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.